UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Donnell P. Pugh,<br><br>    Plaintiff<br><br>v.<br><br>Attorney General, et al,<br><br>    Defendants | 2:14-cv-00752-JAD-VCF<br><br>**Order *Sua Sponte* Extending<br>Time for Reply** |

In this habeas-corpus action, the respondents filed their answer[1] on August 28, 2015. The petitioner, Nevada prisoner Donnell P. Pugh, was then due to file a reply no later than October 15, 2015.[2] Pugh did not file a reply.

Taking into consideration that Pugh petitions for a writ of habeas corpus *pro se*, the court will, *sua sponte*, in the interests of justice, grant Pugh a further opportunity to file a reply to respond to the arguments made by the respondents in their answer.

If Pugh does not file a reply within the time allowed, the court will rule on the merits of the claims remaining in Pugh's habeas petition without the benefit of a reply.

IT IS THEREFORE ORDERED that **the time for petitioner to file and serve a reply** that responds to the arguments made by the respondents in their answer **is extended to January 22, 2016**.

Dated this 5th day of November, 2015

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 12.

[2] *See* ECF 13.